# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

In re:
Robert G. Douglas                                       Case No.11-62077
    Debtor                                      Chapter 13
                                                                Honorable Phillip J Shefferly

Robert G. Douglas
    Plaintiff                                    Adv. Proc. No.11- pjs

v.

TCF Bank
Defendant

## COMPLAINT TO AVOID SECURITY INTEREST IN REAL PROPERTY LOCATED AT 9734 PORTAGE LAKE AVE, PINCKNEY MI 48169

Debtor, by and through his attorney, John Robert Keyes, now comes and states the following complaint:

1. Plaintiff brings this complaint pursuant to 11 U.S.C. §506, and submits himself to jurisdiction of this Court through Fed. R. Bankr. P §7001 and §7004.

2. Debtor filed a Voluntary Chapter 13 petition with this court on August 16, 2011.

3. The Debtor has three separate mortgages on his principle residence located at 9734 Portage Lake Ave, Pinckney MI 48169, in Washtenaw County, and more particularly described as:

   Township of Dexter, County of Washtenaw, State of Michigan:
   Lots 10 & 11, Portage Lake Resort, according to the recorded plat thereof, as recorded in Liber 2 of Plats, page 12, Washtenaw County Records.
   Tax Id: D-04-01-108-037.

4. The first mortgage is held by Iron Workers' Local No. 25 Pension Fund and has an outstanding balance of $112,581.00 according to the stated balance on the Debtor's recent credit report at the time of filing. Said first mortgage is recorded at the Washtenaw County Register of Deeds in Liber 4625 Page 438. The second mortgage is held by TCF Bank and has a balance of $41,297.00 according to the

Debtor's recent credit report. Said second mortgage is recorded at the Washtenaw County Register of Deeds in Liber 4445 Page 935. The third mortgage is held by TCF Bank and has a balance of $9,538.00 according to the Debtor's recent credit report. Said third mortgage is recorded at the Washtenaw County Register of Deeds in Liber 4515 Page 749.

5. The property has a current value of $90,000.00 according to Debtor's schedules and a recent market analysis.
6. In order for Defendant's second and third mortgages to be secured by even $1, the property would have to be of value in excess of the first mortgage and any outstanding property taxes, which is no less than $112,581.00.
7. Debtor is entitled to avoid the claimed security interest of TCF Bank as to the second and third mortgages on the Debtor's property under the provisions of 11 U.S.C. §506, as the Defendant's second and third mortgage liens are not "allowed secured claim(s)" as defined by the Code and applicable case law.
8. As such, the Defendant does not have a valid lien or security interest as to the second and third mortgages on the property at 9734 Portage Lake Ave, Pinckney, MI 48169, and should therefore be treated as a general unsecured creditor whose claims will be paid as a Class 8 creditor.
9. The interests of good faith and justice support the requested relief.

WHEREFORE, Debtor requests that this Honorable court grant the requested relief to avoid TCF Bank's security interests and liens in the real estate located at 9734 Portage Lake Ave, Pinckney MI 48169 as it relates to the second mortgage recorded at Liber 4445, Page 935, and the third mortgage recorded at Liber 4515, Page 749 Washtenaw County Records.

Respectfully Submitted,

Dated: August 19, 2011

/s/ John Robert Keyes
Robert Keyes P68856
Robert Keyes Law
300 North Huron Street
Ypsilanti, MI 48197
(734) 662-1590
robert@robertkeyeslaw.com